UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

PHYLLIS HUDSON,

                       **Plaintiff,**

              v.                                5:13-CV-1284
                                                        (FJS/TWD)

HOME DEPOT U.S.A., INC.,

                       **Defendant.**
_____

### JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT

      Counsel having advised the Court that the above entitled action has been settled, or is in the process of reaching a settlement, it is unnecessary for the action to remain active on the Court's calendar. Therefore, the Court hereby

      **ORDERS** that the action is **DISMISSED WITHOUT PREJUDICE**. The Court will retain jurisdiction to vacate this Judgment and reopen the action for good cause shown that the settlement was not consummated and that further litigation is necessary, upon a motion by any party **within 60 days from the date of this Judgment**; and the Court further

      **ORDERS** that, if no motion is filed, the dismissal will become **WITH PREJUDICE on the 61st day after the date of this Judgment**; and the Court further

      **ORDERS** that, upon reaching a final settlement, the parties shall file with the Court a stipulation of discontinuance and/or a settlement agreement; and the Court further

      **ORDERS** that the Clerk of the Court shall serve copies of this Judgment on all counsel via electronic means.

Date:   December 5, 2014
           Syracuse, New York

                                                    _____
                                                    Frederick J. Scullin, Jr.
                                                    Senior United States District Court Judge